BENJAMIN P. MIDDLETON, Respondent, v. ANTHONY WALTER, Appellant.

(Argued September 18, 1876; decided September 26, 1876.)

*Frank Crooke* for the appellant.

*H. C. Place* for the respondent.

Agree to affirm. No opinion.
All concur; RAPALLO, J., absent.
Judgment affirmed.

---

JOSEPH SELIGMAN et al., Respondents, v. THE SOUTH AND NORTH ALABAMA RAILROAD COMPANY, Appellant.

(Argued September 19, 1876; decided October 3, 1876.)

THIS was an action to recover commissions alleged to have been agreed to be paid by defendant to plaintiffs under a contract with the president of defendant, by which the plaintiffs took its bonds for sale and made advances thereon. The court directed a verdict for plaintiffs for the amount claimed. *Held*, that the testimony was sufficient to show that said president had authority to make all usual, reasonable and proper contracts necessary for a sale of the bonds; but that the testimony tending to show the contract in question to be usual, reasonable and proper was not so conclusive as to justify the taking of it from the jury.

*Wheeler H. Peckham* for the appellant.

*James C. Carter* for the respondents.

*Per Curiam* opinion for reversal and new trial.
All concur.
Judgment reversed.